IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

In re

SUBSTITUTION OF COUNSEL

## ORDER

By letter dated March 1, 2016, attorney Brandon D. Sizemore with the firm of Wilson & Associates, P.L.L.C. advised the clerk of court that Ben W. Koyl is no longer handling matters for the firm in the Eastern District of Tennessee and requested that he be substituted as counsel of record for Mr. Koyl in all cases in which he was listed as counsel of record through February 29, 2016. The court will treat the letter as a motion for substitution of counsel in all the pertinent cases in this court and hereby grants the motion. The clerk is directed to take the appropriate action to reflect the substitution of counsel in those cases.

SO ORDERED.
ENTER: March 9, 2016

BY THE COURT

_____
MARCIA PHILLIPS PARSONS
CHIEF UNITED STATES BANKRUPTCY JUDGE



FILED '16 MAR 08 AM11:26 USBC-TNG

# Wilson & Associates, P.L.L.C.
### Attorneys at Law – Tennessee & Arkansas

320 N. Cedar Bluff Rd., Ste. 240
Knoxville, TN 37923
Phone: 865-558-5688
Fax: 865-558-9078
Internet: www.wilson-assoc.com

Robert M. Wilson, Jr. (1952-2012)
Jenna Adams
James Bergstrom*
Angela Boyd+
Randall S. Bueter+
Michael Clifford*
Ted Cummins*
Leslie Fryxell
Joel W. Giddens*
Rick Helms*
Samuel High+
Sam Jackson
Scott Allen Jones
Kate Lachowsky
Heather Martin-Herron+
Courtney Miller
Gerald Morgan*
H. Keith Morrison+
Adam Perdue
J. Skipper Ray+
Brandon Sizemore*
Aaron Squyres+
Shellie Wallace+
Charles T. Ward, Jr.
Michael Wennerlund*
Jillian Wilson#
Jennifer Wilson-Harvey+
Jennifer Wyse
Maria Yoder+

+Admitted in Arkansas & Tennessee
*Admitted in Tennessee
#Admitted in Arkansas & Maryland
All others admitted in Arkansas

March 1, 2016

William T. Magill
Clerk of Court
United States Bankruptcy Court
James H. Quillen United States Courthouse
220 West Depot Street, Suite 281
Greeneville, TN 37743-4923

Re: Batch Substitution of Counsel
    Ben W. Koyl

Dear Mr. Magill:

    Please be advised that as of February 29, Ben W. Koyl is no longer handling matters in the Eastern District of Tennessee for Wilson & Associates, P.L.L.C. During his time with Wilson & Associates, in the Knoxville, Tennessee office, Mr. Koyl filed notices of appearance, motions for relief from automatic stay, as well as other pleadings on behalf of creditors in numerous cases.

    By this letter, I am requesting that I, Brandon D. Sizemore, an attorney with Wilson & Associates in Knoxville, Tennessee office, be substituted as counsel of record in all matters Mr. Koyl is listed as counsel of record through February 29, 20016. By my signature on this letter, I agree to the substitution of counsel in the cases.

    If you need any further information or have any questions, please contact me at the number set forth above. Thank you in advance for your assistance and cooperation in this matter.

Sincerely,

Brandon D. Sizemore (BPR #027808))

I, Brandon D. Sizemore, an attorney with Wilson & Associates, P.L.L.C. do hereby agree to be substituted as counsel for all cases in which Ben H. Koyl was entered as counsel of record prior to February 29, 2016.

_____
Ben W. Koyl

_____
Brandon Sizemore